**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>BRIAN HERNANDEZ, | 1:19-mc-00084-SAB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO BE EXEMPT FROM E-FILING REQUIREMENT, AND DIRECTING CLERK OF COURT TO FILE COMPLAINT AND OPEN A NEW PRISONER CIVIL RIGHTS ACTION<br><br>[ECF No. 1] |

On November 27, 2019, Brian Hernandez filed a motion for leave and/or exemption from the requirement to electronic file his civil rights complaint pursuant to 42 U.S.C. § 1983.

**I.**

**DISCUSSION**

On March 1, 2016, this Court issued a Standing Order for the United States District Court for the Eastern District of California, Fresno Division, that describes a pilot program in which the Court and the California Department of Corrections and Rehabilitation (CDCR) have agreed to participate in a program whereby initial pleadings submitted by prisoners in civil rights cases involving conditions of confinement claims are electronically filed. As part of this pilot program, CDCR has agreed to collaborate with the Court to obtain and maintain participating penal institutions under the program. Participating penal institutions shall be those institutions which CDCR and the Court agree shall participate in the program. This pilot program is designed to reduce the costs of processing court filings in civil rights cases brought by incarcerated Plaintiffs pursuant to 42 U.S.C. § 1983. This

1

Standing Order only applies to initial filings by Plaintiffs which is defined as the complaint, an application to proceed in forma pauperis without prepayment of fees, or a motion seeking relief from this Standing Order or a motion for emergency relief. At a CDCR participating facility, no initial documents will be accepted for filing by the Clerk of the Court unless done pursuant to the Standing Order or the scanning equipment is inoperable for a period longer than forty-eight (48) hours. After the initial filings, all other filings shall be mailed and comply with the Local Rules for the United States District Court for the Eastern District of California. Issues regarding access to the e-filing program in the Fresno Division of this Court are referred to the undersigned for determination and authorization to open a miscellaneous proceeding prior to accepting the civil complaint should the magistrate judge deem it necessary.

Plaintiff has filed a request to be exempt from the e-filing requirement, along with a copy of the proposed complaint and application to proceed in forma pauperis. Plaintiff contends "[t]here is no e-filing access here at this prison—'C' Facility. At least not now, and they have no idea when they will." (ECF No. 1.) Plaintiff also contends that he "tried to discuss this matter with the staff person, and he quickly wrote on the form and shoved it back to me." (Id.) Although Sierra Conservation Center is part of the electronic filing system and has the ability to electronically file complaints with this Court, in the interest of justice, the Court will allow Plaintiff to be exempt from the requirement and direct that the complaint be filed in a new prisoner civil rights action.

## II.

## ORDER

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's request to be exempt from the e-filing requirement is granted;
2. The Clerk of Court is directed to file Plaintiff's complaint as of November 27, 2019 and open a new prisoner civil rights action; and

///
///
///
///

3. The Clerk of Court shall email a copy of this order to Senior Assistant Attorney General Monica Anderson and Supervising Deputy Attorney Christopher Becker.

IT IS SO ORDERED.

Dated: __**December 4, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE